AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Marrero, Victor | U.S. District Court, S.D.N.Y. | 09/27/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U.S. District Court, SDNY
500 Pearl Street
New York, New York 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | New York Public Library |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 09/27/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | salary, Bloomberg, LP |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 09/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JPMORGAN CHASE MONEY MARKET and CHECKING ACCOUNTS | B | Interest | M | T | | | | | |
| 2. | | | | | | | | | |
| 3. FIDELITY NY MUN. INC. FD. | C | Dividend | O | T | Buy (add'l) | 06/06/17 | M | | |
| 4. | | | | | | | | | |
| 5. FIDELITY ROLLOVER IRA: (See Lines 6 through 72) | | | | | | | | | |
| 6. Strategic Advs. Value Fund | D | Dividend | L | T | Sold (part) | 03/07/17 | J | A | |
| 7. | | | | | Sold (part) | 08/30/17 | J | A | |
| 8. | | | | | Sold (part) | 12/13/17 | J | A | |
| 9. Strategic Advs. Small Mid-Cap Fd | D | Dividend | L | T | Sold (part) | 05/23/17 | J | A | |
| 10. | | | | | Sold (part) | 10/25/17 | J | A | |
| 11. Strategic Advs. International Fund | C | Dividend | M | T | Sold (part) | 02/02/17 | J | A | |
| 12. | | | | | Sold (part) | 05/23/17 | J | A | |
| 13. | | | | | Sold (part) | 08/09/17 | J | A | |
| 14. | | | | | Sold (part) | 10/25/17 | J | A | |
| 15. | | | | | Sold (part) | 12/13/17 | J | A | |
| 16. Strategic Advs. Core Fund | D | Dividend | M | T | Sold (part) | 02/02/17 | J | A | |
| 17. | | | | | Sold (part) | 03/07/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 09/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 04/27/17 | J | A | |
| 19. | | | | | Sold (part) | 05/23/17 | J | A | |
| 20. | | | | | Sold (part) | 08/09/17 | J | A | |
| 21. | | | | | Sold (part) | 10/25/17 | J | A | |
| 22. | | | | | Sold (part) | 12/13/17 | J | A | |
| 23. Strategic Advs. Growth Fund | D | Dividend | L | T | Sold (part) | 02/27/17 | J | A | |
| 24. | | | | | Sold (part) | 05/23/17 | J | A | |
| 25. | | | | | Sold (part) | 08/09/17 | J | A | |
| 26. | | | | | Sold (part) | 11/29/17 | J | A | |
| 27. Strategic Advs. Emerging Markets | A | Dividend | K | T | Sold (part) | 02/02/17 | J | A | |
| 28. | | | | | Sold (part) | 07/28/17 | J | A | |
| 29. Fidelity GNMA Fund | A | Dividend | | | Sold | 02/01/17 | K | A | |
| 30. Strategic Advs. Core Income Fund | E | Dividend | O | T | Sold (part) | 01/05/17 | J | A | |
| 31. | | | | | Buy (add'l) | 02/02/17 | K | | |
| 32. | | | | | Buy (add'l) | 02/03/17 | J | | |
| 33. | | | | | Buy (add'l) | 03/07/17 | J | | |
| 34. | | | | | Sold (part) | 03/29/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 09/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 05/23/17 | J | | |
| 36. | | | | | Sold (part) | 06/28/17 | J | A | |
| 37. | | | | | Buy (add'l) | 08/09/17 | K | | |
| 38. | | | | | Sold (part) | 09/27/17 | J | A | |
| 39. | | | | | Buy (add'l) | 10/25/17 | K | | |
| 40. | | | | | Buy (add'l) | 10/27/17 | J | | |
| 41. | | | | | Sold (part) | 10/30/17 | J | A | |
| 42. | | | | | Buy (add'l) | 12/13/17 | K | | |
| 43. Strategic Advs. Income Opportunities | B | Dividend | K | T | Sold (part) | 02/02/17 | J | A | |
| 44. | | | | | Sold (part) | 05/23/17 | J | A | |
| 45. | | | | | Sold (part) | 10/25/17 | J | A | |
| 46. Fidelity Gov't Cash Reserves | A | Interest | J | T | | | | | |
| 47. FIMM Gov't Portfolio Inst Cl | A | Dividend | K | T | Sold (part) | 01/30/17 | J | A | |
| 48. | | | | | Buy (add'l) | 02/02/17 | J | | |
| 49. | | | | | Sold (part) | 02/24/17 | J | A | |
| 50. | | | | | Sold (part) | 05/30/17 | J | A | |
| 51. | | | | | Buy (add'l) | 08/09/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 09/27/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 08/21/17 | J | A | |
| 53. | | | | | Sold (part) | 11/30/17 | J | A | |
| 54. | | | | | Buy (add'l) | 12/13/17 | J | | |
| 55. Strategic Advs. Short Duration Fund | C | Dividend | M | T | Buy (add'l) | 02/02/17 | J | | |
| 56. | | | | | Buy (add'l) | 05/23/17 | J | | |
| 57. | | | | | Sold (part) | 05/30/17 | J | A | |
| 58. | | | | | Sold (part) | 08/09/17 | J | A | |
| 59. | | | | | Sold (part) | 10/25/17 | J | A | |
| 60. | | | | | Sold (part) | 12/13/17 | K | A | |
| 61. Templeton Global Bond Class A | A | Dividend | | | Sold | 10/25/17 | J | A | |
| 62. Fidelity SAI U.S. Large Cap. Index | A | Dividend | K | T | Buy (add'l) | 05/23/17 | J | | |
| 63. | | | | | Buy (add'l) | 10/25/17 | J | | |
| 64. Fidelity SAI Int'l Index | A | Dividend | K | T | Buy (add'l) | 12/13/17 | J | | |
| 65. Fidelity SAI Emerg Mkts Index | A | Dividend | K | T | | | | | |
| 66. AQR Multi Strgy Alter.Class N | A | Dividend | | | Sold | 10/25/17 | J | A | |
| 67. AQR Managed Futures Fund | A | Dividend | J | T | Buy (add'l) | 05/23/17 | J | | |
| 68. | | | | | Sold (part) | 10/25/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 09/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. AQR Equity Mkt Neutral Fd | A | Dividend | K | T | Buy | 10/25/17 | K | | |
| 70. ASG Managed Futures Strat. Fd | A | Dividend | J | T | Buy | 10/26/17 | J | | |
| 71. Eaton Vance Global Macro | A | Dividend | J | T | | | | | |
| 72. Pimco Commodity Real Retrn Inst | B | Dividend | J | T | | | | | |
| 73. | | | | | | | | | |
| 74. BLOOMBERG LP. 401(K) PLAN. (See Lines 75 through 82) | | | | | | | | | |
| 75. LifePath Index 2025 NL-G | A | Dividend | L | T | Buy (add'l) | 03/31/17 | J | | |
| 76. | | | | | Buy (add'l) | 06/30/17 | J | | |
| 77. | | | | | Buy (add'l) | 09/30/17 | J | | |
| 78. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 79. Fidelity Contrafund | A | Dividend | L | T | Buy (add'l) | 03/31/17 | J | | |
| 80. | | | | | Buy (add'l) | 06/30/17 | J | | |
| 81. | | | | | Buy (add'l) | 09/30/17 | J | | |
| 82. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 83. | | | | | | | | | |
| 84. FIDELITY ROLLOVER IRA: (See Lines 85 through 117) | | | | | | | | | |
| 85. Strategic Advs. Value Fund | B | Dividend | K | T | Sold (part) | 10/25/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Strategic Advs. Small-Mid Cap Fd | B | Dividend | J | T | | | | | |
| 87. Strategic Advs. International Fund | A | Dividend | K | T | Sold (part) | 02/02/17 | J | A | |
| 88. | | | | | Sold (part) | 05/23/17 | J | A | |
| 89. | | | | | Sold (part) | 08/09/17 | J | A | |
| 90. | | | | | Sold (part) | 12/13/17 | J | A | |
| 91. Strategic Advs. Core Fund | C | Dividend | K | T | Sold (part) | 03/09/17 | J | A | |
| 92. | | | | | Sold (part) | 04/19/17 | J | A | |
| 93. | | | | | Sold (part) | 08/19/17 | J | A | |
| 94. | | | | | Sold (part) | 12/13/17 | J | A | |
| 95. Strategic Advs. Growth Fund | B | Dividend | K | T | Sold (part) | 05/23/17 | J | A | |
| 96. | | | | | Sold (part) | 10/25/17 | J | A | |
| 97. Strategic Advs. Emerging Markets | A | Dividend | J | T | | | | | |
| 98. Fidelity GNMA Fund | A | Dividend | | | Sold (part) | 02/02/17 | J | A | |
| 99. | | | | | Sold | 03/09/17 | J | A | |
| 100. Strategic Advs. Core Income Fund | B | Dividend | L | T | Buy (add'l) | 02/02/17 | J | | |
| 101. | | | | | Buy (add'l) | 03/09/17 | J | | |
| 102. | | | | | Buy (add'l) | 04/19/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 05/23/17 | J | | |
| 104. | | | | | Buy (add'l) | 10/25/17 | J | | |
| 105. Strategic Advs. Income Opportunities Fund | A | Dividend | J | T | | | | | |
| 106. Strategic Advs. Short Duration Fund | A | Dividend | K | T | Buy (add'l) | 02/02/17 | J | | |
| 107. | | | | | Buy (add'l) | 05/23/17 | J | | |
| 108. Pimco Commodity Real Return Inst. | A | Dividend | J | T | | | | | |
| 109. Templeton Global Bond Class A | A | Dividend | | | Sold | 10/25/17 | J | A | |
| 110. FIMM Gov't Port Inst CL | A | Dividend | J | T | | | | | |
| 111. Fidelity Gov't Cash Reserves | A | Interest | | | Sold | 12/29/17 | J | A | |
| 112. Fidelity SAI U.S. Large Cap. Index | A | Dividend | J | T | | | | | |
| 113. Fidelity SAI Emerg. Mkts Index | A | Dividend | J | T | | | | | |
| 114. Fidelity SAI Internat'l Index | A | Dividend | J | T | Buy | 05/23/17 | J | | |
| 115. AQR Multi Strgy Altern. Class | A | Dividend | J | T | | | | | |
| 116. AQR Managed Futures Fund CC | A | Dividend | J | T | | | | | |
| 117. Eaton Vance Global Macro Abslte Rt Cl. | A | Dividend | J | T | | | | | |
| 118. | | | | | | | | | |
| 119. FIDELITY SEP IRA: (See Lines 120 through 164) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 11 of 15

**Name of Person Reporting**

Marrero, Victor

**Date of Report**

09/27/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Strategic Advs. Value Fund | B | Dividend | K | T | Sold (part) | 10/25/17 | J | A | |
| 121. Strategic Advs. Small-Mid Cap Fund | B | Dividend | K | T | Sold (part) | 10/25/17 | J | A | |
| 122. Strategic Advs. International Fund | B | Dividend | K | T | Sold (part) | 02/02/17 | J | A | |
| 123. | | | | | Sold (part) | 05/23/17 | J | A | |
| 124. | | | | | Sold (part) | 08/09/17 | J | A | |
| 125. | | | | | Sold (part) | 12/13/17 | J | A | |
| 126. Strategic Advs. Core Fund | C | Dividend | L | T | Sold (part) | 03/09/17 | J | A | |
| 127. | | | | | Sold (part) | 04/19/17 | J | A | |
| 128. | | | | | Sold (part) | 08/09/17 | J | A | |
| 129. | | | | | Sold (part) | 12/13/17 | J | A | |
| 130. | | | | | Sold (part) | 12/13/17 | J | A | |
| 131. Strategic Advs. Growth Fund | B | Dividend | K | T | Sold (part) | 03/09/17 | J | A | |
| 132. | | | | | Sold (part) | 05/23/17 | J | A | |
| 133. Strategic Advs. Emerging Markets | A | Dividend | J | T | | | | | |
| 134. Fidelity GNMA Fund | A | Dividend | J | T | Sold (part) | 02/02/17 | J | A | |
| 135. | A | Dividend | | | Sold | 03/09/17 | J | A | |
| 136. Strategic Advs. Short Duration Fund | A | Dividend | K | T | Buy (add'l) | 02/02/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 09/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 05/23/17 | J | | |
| 138. | | | | | Sold (part) | 08/09/17 | J | A | |
| 139. Strategic Advs. Core Income Fund | C | Dividend | M | T | Buy (add'l) | 02/02/17 | J | | |
| 140. | | | | | Buy (add'l) | 03/09/17 | J | | |
| 141. | | | | | Buy (add'l) | 04/19/17 | J | | |
| 142. | | | | | Buy (add'l) | 05/23/17 | J | | |
| 143. | | | | | Buy (add'l) | 08/09/17 | J | | |
| 144. | | | | | Buy (add'l) | 10/25/17 | J | | |
| 145. | | | | | Buy (add'l) | 10/26/17 | J | | |
| 146. | | | | | Buy (add'l) | 12/13/17 | J | | |
| 147. Strategic Advs. Income Opportunities Fd | A | Dividend | J | T | Sold (part) | 02/02/17 | J | A | |
| 148. | | | | | Sold (part) | 04/19/17 | J | A | |
| 149. | | | | | Sold (part) | 05/23/17 | J | A | |
| 150. | | | | | Sold (part) | 10/25/17 | J | A | |
| 151. FIMM MMKT Port Inst. Cl | A | Dividend | | | Sold | 10/29/17 | J | A | |
| 152. FIMM Gov't Portfolio: Inst. Cl. | A | Dividend | J | T | Buy (add'l) | 03/09/17 | J | | |
| 153. | | | | | Buy (add'l) | 12/13/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 09/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Fidelity SAI U.S. Large Cap Index | A | Dividend | J | T | Buy (add'l) | 08/09/17 | J | | |
| 155. Fidelity SAI Internat'l Index | A | Dividend | J | T | Buy | 04/19/17 | J | | |
| 156. | | | | | Buy (add'l) | 05/23/17 | J | | |
| 157. | | | | | Buy (add'l) | 08/09/17 | J | | |
| 158. | | | | | Buy (add'l) | 12/13/17 | J | | |
| 159. Fidelity SAI Emerg. Mkts. Index | A | Dividend | J | T | | | | | |
| 160. AQR Multi Strgy Alternative Class N | A | Dividend | J | T | | | | | |
| 161. AQR Managed Futures Fund Cl | A | Dividend | J | T | Buy (add'l) | 05/23/17 | J | | |
| 162. Eaton Vance Global Macro Abslte Rt Cl | A | Dividend | J | T | Buy (add'l) | 10/25/17 | J | | |
| 163. Pimco Commodity Real Retrn Inst. | A | Dividend | J | T | | | | | |
| 164. Templeton Global Bond Class A | A | Dividend | | | Sold | 10/25/17 | J | A | |
| 165. | | | | | | | | | |
| 166. FIDELITY JOINT MUTUAL FUND (See Lines 167 through 170) | | | | | | | | | |
| 167. Fidelity New Markets Income | D | Dividend | L | T | | | | | |
| 168. Fidelity Floating Rate High Income | C | Dividend | L | T | | | | | |
| 169. Fidelity High Income | C | Dividend | L | T | | | | | |
| 170. Fidelity Global High Income | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 09/27/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On line 119 of my Financial Disclosure Report for the calendar year 2016 there is an entry relating to an asset labeled FIMM MKT Port Inst. CL. My Year-End Investment Report from Fidelity for calendar year 2016 recorded only one transaction regarding this asset, receipt and reinvestment on January 29, 2016 of a dividend of $0.45, which remained the balance in the account at the end of that year. My Financial Disclosure Report for calendar year 2017 does not list this asset. The reason is that my Fidelity Year-End Investment Report for calendar year 2017 had no listing for this asset. I was informed by my Fidelity account manager that for internal company-wide policy considerations the firm decided to close out the FIMM MMKT Port Inst CL asset in 2017 and transfer any balances to another Fidelity Money Market asset in my account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Victor Marrero**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544